Argued May 24, affirmed May 24, 1971

STATE OF OREGON, *Respondent, v.* WILLIAM HENRY WEBER, JR., *Appellant.*

484 P2d 1113

*Clifford A. Allison,* Eugene, argued the cause for appellant. With him on the briefs were Larry O. Gildea and Wylie, Gildea & Speer, Eugene.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

AFFIRMED FROM THE BENCH.